

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>2. TIBET ERGUL<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:23-MJ-00304<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 16, 2023__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 14, 2023__

_____
Douglas F. McCormick
U.S. District Judge/Magistrate Judge