UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACR 23-00100-CJC-2 |
| Date | January 17, 2024 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Rolls Royce Paschal | Not Reported | Kathrynne Seiden - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Tibet Ergul | Not | X | | 2) Sheila Mojtehedi, CJA | Not | | X |

**PROCEEDINGS:**  **(IN CHAMBERS) ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE**

The Court, with the agreement of counsel, hereby CONTINUES the trial and pretrial conference in this matter as follows:

- The Trial is continued to **March 5, 2024, at 8:30 a.m.**

- The Pretrial Conference is continued to **February 26, 2024, at 9:00 a.m.**

                                                                      _____ : _____

Initials of Deputy Clerk   rrp

cc: