

FILED
CLERK, U.S. DISTRICT COURT
2/29/24
CENTRAL DISTRICT OF CALIFORNIA
BY: EB DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 8:23-cr-00100-CJC |
| v. | |
| Tibet Ergul | WAIVER OF INDICTMENT |
| DEFENDANT | |

I, __Tibet Ergul__, the above-named defendant, who is accused of __Conspiracy to damage an energy facility & intentional damage to__, in __a reproductive__ violation of __18 USC §1366(a) & 18 USC § 248(a)(3)__, being __health__ advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __services__ __2/29/2024__, prosecution by indictment and consent that the proceedings may be by __facility__ information rather than by indictment.

__2/29/2024__
Date

__[signature]__
Defendant

__2/29/2024__
Date

__[signatures]__
Counsel for Defendant

__2/29/2024__
Date

Before: __[signature]__
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                WAIVER OF INDICTMENT