

**Rick Johnson**
**Supervising Chaplain**
Juvenile Hall
Youth Guidance Center
Youth Leadership Academy

Honorable Cormac J. Carney
United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516
Courtroom 9B

2-29-24

Dear Judge Carney,

My name is Rick Johnson and I am a full-time chaplain and ordained minister serving on the staff with Pacific Youth Correctional Ministries (PYCM) and have been providing chaplaincy services in probation facilities for the past 37 years. PYCM is the chaplain placing agency for the OC Probation Department and provides ministry to the Protestant youth (ages 14-23) within three juvenile facilities.

I am writing this letter to express my support for Tibet Ergul, whom I have been meeting with for the past few months. A staff member at St Andrews Presbyterian Church asked me to meet with him one time but it turned into ongoing contact.

For the past thirty years, I have visited between 90-100 adults in the Santa Ana Jail, the Orange County Jails, and in various state prisons. Tibet stands out because he is unlike the other inmates. He communicates honestly and humbly and doesn't complain or speak negatively about his case. Tibet is doing all that he can to mature, learn, and grow during his time of incarceration. He is not trying to conform to jail behavior and fit in nor has he shared how he tries to impress those he is in custody with.

Tibet is educated and capable of completing his degree and becoming a valuable employee with whatever company he lands a job with. Upon his release, I will continue to be a spiritual advisor and accountability resource for Tibet.

Thank you for your consideration of this letter.

Sincerely,

Chaplain Rick Johnson