Honorable Cormac J. Carney
United States District Judge
United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516
Courtroom 9B

March 20, 2024

Dear Judge Carney,

My name is James Everett. I write to express my support for Tibet Ergul, who I understand is being sentenced before Your Honor.

I am a close family friend with Tibet. I have known Mr. Ergul for 15 years since first meeting him as a boy in Istanbul, Turkey. Throughout those 15 years, my family and Tibet's family have lived and worked together in Turkey and the U.S. Tibet treated my children as his younger siblings and was a good role model for them as he was a bright and kind child. We have remained in touch in person or through family throughout his childhood and teenage years as our families lived in Ladera Ranch and a short distance from Newport Beach during his high school years. My experience with Tibet is that he has always been incredibly respectful with everyone in his surroundings. He is always ready to lend a helping hand for those in need and has excelled in many areas of life due to his hard work ethic and desire to succeed, as he proved in his achievements in sports and his scholarship to his his University in Arizona.

Tibet's role in this case is completely out of character as I have only seen a loving and respectful son and friend in Tibet. As a person who has completed a B.S. in Electrical Engineering, I highly respect the hard work and stress that Tibet has been managing in order to successfully complete his B.S in Molecular Bioscience and Biotechnology. Tibet has shared with me his excitement to complete his degree in just two more semesters and have the opportunity to work on a life changing breakthrough in science and potentially cure diseases based on the knowledge gained at his university. Tibet is a young man with incredible talent, desire, and work ethic that should be shared with his future colleagues. I know he will work tirelessly to contribute great things to the world and I truly hope that Tibet will be able to return to his studies in minimal time.

Thank you for your consideration of this letter.

Sincerely,

*[signature]*

James Everett