Honorable Cormac J. Carney
 United States District Judge
 United States Courthouse
 411 West Fourth Street
 Santa Ana, CA 92701-4516
 Courtroom 9B                                                                 02/28/2024


Dear Judge Carney,

My name is Harun Ergul. I'm 58 years old and I'm Tibet Ergul's father..

I was raised without a father myself so I did my best to give to Tibet everything that I haven't experienced in my childhood and teenager years.
My large family in Turkey gave him so much love. Me and my wife worked so hard to provide the best life possible he could get in the country.

Tibet was very creative as a kid and very talented in sports and science.
 Reading books was his priority and he would discuss them with us while having dinner. He was a very good debater and very respectful for his friends and family..

My love to ride motorbike and skiing became his hobby as well.
We used to ride together every weekend in the forest in Istanbul and skied in Europe as family.
He was very talented and could be champion in both of those sports.

When we all moved to California in 2014 and I had to go back and forth to Istanbul for work unfortunately I wasn't involved with his progress as much I was used to be when we all were together in Turkey.

Even though I was far from him I can say we have spent lots of quality times together in California.
We bonded so much when we both realized how much we loved cooking food together.
Tibet was amazing cook and I always said to him.You better become a cook, make lots of money and travel the world.
I did planning for him to travel to Europe by train as soon as he would finish College but things doesn't happen as you plan sometimes.

We did hike and went skiing together many times in Big bear and Mammoth.
Tibet loved outdoors and with his bicycle he would ride all the hills of OC.
Tibet was very sensitive but never wanted to show his really feelings since he didn't want to upset us.

He alway made me proud with his achievements in sports and his grades at School.

I lost our close connection with him when he went to ASU (Arizona States University) ███

I didn't believe in it I thought he was spoiled.
███

I think tibet made a wrong decision according to ███ bad motivation by his American friends, while he was far from his family, he felt lonely, didn't have too much guides at that time.

Tibet is very young and he is the future of this country that he calls home.

United States of America has been a blessing to him and our family. Tibet owes this country. He is eager to finish his education and want to serve to this country with the right knowledge and the best attitude possible to help the community and young kids like him not to do the mistakes he did.

Tibet is not an ordinary kid. Real Tibet is humble, soft hearted, full of love, sensitive, smart and knowledgeable and very entellectual.

Tibet has already been learned his lesson and aware of how wrong decision he did by his mistake. As Father I promise that I will be very very close to him any more to help and guide him to become the best version of himself.

Our FAMILY in Europe and our Friends in United States will always be his best support.

I believe in Justice System of United States of America.

Please give to my son a second chance to allow him to show his appreciation for this beautiful country.

God Bless you all.

Tibet's Dad
Harun Ergul.