Honorable Cormac J. Carney
United States District Judge
United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516
Courtroom 9B

March 16, 2014

Dear Judge Carney,

My name is Janet (Jan) Landstrom. I am writing to express my support for Tibet Ergul who is being sentenced on May 30th before Your Honor.

I met Tibet in 2017 when he was a sophomore at Corona del Mar High School. He dated my granddaughter in high school and frequently joined our family for gatherings and celebrations. Tibet was a good student with excellent grades, and he was on the track team. After graduation, he went off to college with a scholarship.

We continued to stay in touch. Tibet doesn't have a lot of family in the U.S. and I became kind of a surrogate grandmother figure to him (I'm 91). New to the U.S. I found Tibet to be quiet, respectful, caring, smart, naïve and eager to become familiar with our culture. We shared many dinners, coffees, special occasions (and over the years his mother became my pilates instructor and friend).

During Tibet's college years in Arizona he would stop by when he came home and we would have coffee and chat about his plans for the future. It was during those years that his mother told me [redacted]

I feel that Tibet's eagerness to belong, his vulnerability and naivete caused him to be influenced by a very negative, wrong group of so-called 'friends' who made him feel included and special. My heart is broken for what he has done. It's hard for me to imagine where he is now. I know he is very remorseful and accepts his punishment.

Your Honor, I believe that Tibet can still have a productive, full life after he serves his time. He only has two semesters remaining until he graduates college., and he has a family who loves and supports him. He is not a career criminal. I'm very concerned about what prison will do to him. I am asking you to please consider this in making your decision. I believe Tibet is truly worthy of a second chance and I am praying for him.

Gratefully,

*Janet M. Landstrom*

Jan Landstrom