```
                        Rancho Santiago Community College District
                  SAC Centennial Education Center ~~~~~~ SCC Orange Education Center
                                       Student Academic Record
-------------------------------------------------------------------------------------------
 UDENT: Ergul, Tibet                STUDENT ID: 2733870        MAIL TO: Ergul, Tibet
 DRESS: P.o. Box 22003                     SSN: XXX-XX-4993    ADDRESS: P.o. Box 22003
        Santa Ana, CA 92701         BIRTH DATE: 09/03/2001              Santa Ana CA 92701
                                        ISSUED: 05/01/2024

-------------------------------------------------------------------------------------------
 URSE    COURSE                         CREDIT       GRADE   UNITS   GRADE  GPA/       SEMESTER
 MBER    TITLE                          TYPE  NOTES  (SCORE) COMP.   POINTS SCHOOL        /DATE
-------------------------------------------------------------------------------------------

~~~~~~~~~~~~~~~~~~~~~~~ SUMMER 2023 CONTINUING ED. (05/30/2023 to 08/04/2023) ~~~~~~~~~~~~~~~~~~~~~~~~~~~

 E-046   Attitudes for Success         N  R    SP     0.00   0.00

         SEMESTER TOTAL:                                     0.00   0.00   0.00
         TOTAL:                                              0.00   0.00   0.00

~~~~~~~~~~~~~~~~~~~~~~~~~ FALL 2023 -CONT ED. (08/21/2023 to 12/16/2023) ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 E-046   Attitudes for Success         N  R    SP     0.00   0.00
 US-262  Intro to MS Excel (Grp 1)     N  R    SP     0.00   0.00
 US-262  Intro to MS Excel (Grp 1A)    N  R    SP     0.00   0.00
 US-243  Intro to Customer Serv Skills N       SP     0.00   0.00
 US-400  Employability Skills          N       P      0.00   0.00
 US-262  Introduction to Microsoft Exce N      P      0.00   0.00
 E-046   Attitudes for Success         N       P      0.00   0.00
 US-500  Digital Lit for Acad Tier 1   N       P      0.00   0.00
 E-044   Leadership Basics 1           N       CIP
 US-258  Navigating Internet           N       P      0.00   0.00   CEC

         SEMESTER TOTAL:                                     0.00   0.00   0.00
         TOTAL:                                              0.00   0.00   0.00

~~~~~~~~~~~~~~~~~~~~~~~~~~ SPRING 2024 -CONT ED. (01/16/2024 to 05/25/2024) ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 US-243  Intro to Customer Serv Skills N       CIP
 US-400  Employability Skills          N       CIP
 US-124  Intro to Keyboarding I        N       P      0.00   0.00
 E-046   Attitudes for Success         N       CIP
 US-500  Digital Lit for Acad Tier 1   N       CIP
 SOC-221 Psychology                    H       CIP
 US-260  Introduction to Microsoft Word N  R   P      0.00   0.00
 US-260  Introduction to Microsoft Word N      P      0.00   0.00
 E-010   Money Matters: Financial Liter H      CIP
 US-118  Microsoft Windows Overview    N       P      0.00   0.00
 US-118  Microsoft Windows Overview    N  R    P      0.00   0.00
 E-111   Spanish Literacy for Adults   N       CIP
 US-124  Intro to Keyboarding I        N  R    P      0.00   0.00
 US-245  Introduction to Microsoft Publ N      CIP
 US-125  Intro to Keyboarding II       N       CIP

         SEMESTER TOTAL:                                     0.00   0.00   0.00
         TOTAL:                                              0.00   0.00   0.00

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ CUMULATIVE SUMMARY ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

         RSCCD TOTAL:                                        0.00   0.00   0.00
         CUMULATIVE TOTAL:                                   0.00   0.00   0.00
```

```
                                    Student Academic Record
------------------------------------------------------------------------------------------------
UDENT: Ergul, Tibet                STUDENT ID: 2733870         MAIL TO: Ergul, Tibet
DRESS: P.o. Box 22003                     SSN: XXX-XX-4993     ADDRESS: P.o. Box 22003
       Santa Ana, CA 92701          BIRTH DATE: 09/03/2001              Santa Ana CA 92701
                                        ISSUED: 05/01/2024

------------------------------------------------------------------------------------------------
URSE    COURSE                           CREDIT    GRADE   UNITS   GRADE   GPA/          SEMESTER
MBER    TITLE                            TYPE NOTES (SCORE) COMP.  POINTS  SCHOOL        /DATE
------------------------------------------------------------------------------------------------

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ DIPLOMAS/CERTIFICATES CONFERRED ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

        CERTIFICATE OF COMPLETION      CMPLTD: 05/25/24                     CEC
             MAJOR: General Office Clerk
             NON-CREDIT - 288.0-479.9 HOURS


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ End of Student Academic Record. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

fice use only: CEALL|XS.PRINT.STU.TRANSCRIPT.CE_110511A01b||08:43:14 May 01 2024
```